### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

|                                   |   |                     |
|-----------------------------------|---|---------------------|
|                                   | ) |                     |
| IN RE:                            | ) |                     |
| ALICIA ARTRELL PIERCE             | ) | CASE NO.  10-80697  |
| ANTHONY WAYNE PIERCE              | ) | CHAPTER 13          |
|     DEBTORS   | ) |                     |

### RESPONSE TO OBJECTION TO PROOF OF CLAIM

       Wells Fargo Bank, NA ("Movant"), by and through its legal counsel, hereby responds to Debtors' Objection to Movant's Proof of Claim and requests that a hearing be set regarding this matter.

This 5th day of August, 2010.

<div style="margin-left:40%">

Brock and Scott, PLLC

*/s/ Sean M. Corcoran*
Sean M. Corcoran
Attorney for Movant
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387

</div>

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE: | ) |  |
| ALICIA ARTRELL PIERCE | ) | CASE NO.  10-80697 |
| ANTHONY WAYNE PIERCE | ) | CHAPTER 13 |
| DEBTORS | ) |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE TO OBJECTION TO PROOF OF CLAIM in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Alicia Artrell Pierce
Anthony Wayne Pierce
3712 Appling Way
Durham, NC 27703

Mr. John T. Orcutt
Via electronic notice

Mr. Richard M. Hutson, II
Via electronic notice

This 5th day of August, 2010.

Brock and Scott, PLLC

*/s/ Sean M. Corcoran*
Sean M. Corcoran
Attorney for Movant
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387