UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF: )
Anthony Wayne Pierce ) No. B-10-80697 C-13D
Alicia Artrell Pierce )
                                                       ) **ORDER**
                                                       )
        Debtor(s) )

       On April 21, 2011, a hearing was held on the Standing Trustee's motion for dismissal of this case because of the Debtors' failure to make payments. At the hearing, the Standing Trustee stated that the Debtors have made arrangements for the continuation of payments under the Plan, with a full monthly payment to be received at the Chapter 13 Office no later than the last day of each month beginning May 31, 2011; therefore, it is

       ORDERED that the Standing Trustee's motion for dismissal is hereby denied without prejudice; and, it is further

       ORDERED that the Debtors shall make all payments due under this Plan so that it is received at the Chapter 13 Office no later than the last day of each month beginning May 31, 2010, and continuing monthly thereafter until Plan payments have been completed; and, it is further

       ORDERED that in the event the Debtors shall fail to make any payments required under this Order for the next succeeding 12 months from the entry of this Order, the Standing Trustee shall notify this Court and an automatic dismissal shall be entered without further hearing.

PARTIES TO BE SERVED
PAGE 1 OF 1
B-10-80697 C-13D

Anthony Wayne Pierce
Alicia Artrell Pierce
3712 Appling Way
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Standing Trustee
Post Office Box 3613
Durham, NC 27702